IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WILLIAM HOOPER,

                Plaintiff,

v.

STATE OF WISCONSIN,

                Defendant.

ORDER

11-cv-565-slc

---

Plaintiff Charles Hooper, who is proceeding pro se, has submitted a proposed complaint for monetary relief. He asks for leave to proceed *in forma pauperis*. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

Plaintiff is unemployed, has no income and does not own any vehicles or property. Although plaintiff has not explained how he pays for basic necessities such as food, clothing and shelter, I know from other lawsuits plaintiff has filed in this court that he was recently released from the Sauk County Jail. Therefore, I conclude that he qualifies for indigent status. However, plaintiff should be aware that if he files additional lawsuits in this court, he will need to explain how his basic living needs are met in order to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that plaintiff Charles Hooper's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 9th day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge