IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

     Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                     11-cv-565-slc

STATE OF WISCONSIN,

     Defendant.

---

     This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim for relief under federal law.

_____     9/23/11
Peter Oppeneer, Clerk of Court          Date